

# Fourth Court of Appeals
## San Antonio, Texas

June 27, 2022

No. 04-22-00093-CV

Donald W. **TAYLOR**,
Appellant

v.

**THE RENEGADE RANCH SUBDIVISION ARCHITECTURAL REVIEW
COMMITTEE MEMBERS AND TREASURE**: Brian and Dixon Schultz, Kevin and Cynthia
Gallagher, Secondary Committee Member, Co-Treasure Jeffrey C. and Vada Michelle Pitts,
Appellees

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 16772
Honorable Dennis Powell, Judge Presiding

# O R D E R

On May 24, 2022, we abated this appeal and remanded the case to the trial court for entry of a final judgment that disposes of all parties and all claims. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). On June 23, 2022, the district clerk filed a supplemental clerk's record containing a final, appealable judgment. We therefore retain jurisdiction of this appeal and reinstate it to our docket.

Our records show that the appellate record is now complete. Accordingly, appellant's brief is due **by July 25, 2022**. TEX. R. APP. P. 38.6(a).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of June, 2022.



Michael A. Cruz,
Clerk of Court